## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

```
                                  :
PERMAN PITMAN,                    :
                                  :    Civ. A. No. 10-2538(NLH/KMW)
                Plaintiff,        :
                                  :
v.                                :
                                  :    ORDER
JOSHUA M. OTTEHBERG, et al.,      :
                                  :
                Defendants.       :
```

**HILLMAN, District Judge**

For the reasons expressed in the Court's Opinion entered on this date,

**IT IS HEREBY ORDERED** this  30th  day of   December  , 2011, that motion [Doc. No. 20] to dismiss filed by Defendants Camden County Prosecutor's Office, Ottenberg, and Woshnak shall be, and hereby is, **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that the motion is **GRANTED** with respect to all claims against Defendant Camden County Prosecutor's Office, and all such claims shall be, and hereby are, **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the motion is **GRANTED** with respect to all claims against Defendant Ottenberg in his official capacity, and all such claims shall be, and hereby are, **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the motion is **GRANTED** with respect to all claims against Defendant Ottenberg in his individual capacity,

and all such claims shall be, and hereby are, **DISMISSED WITHOUT PREJUDICE**; and it is further

    **ORDERED** that the motion is **GRANTED** to the extent Plaintiff asserts claims under 42 U.S.C. § 1983 for either false arrest or false imprisonment, and any such claims shall be, and hereby are, **DISMISSED WITH PREJUDICE**; and it is further

    **ORDERED** that the motion is **GRANTED** with respect to all claims against Defendant Woshnak in his individual capacity, and all such claims shall be, and hereby are, **DISMISSED WITHOUT PREJUDICE**; and it is further

    **ORDERED** that the motion is **DENIED** to the extent Plaintiff asserts a claim under 42 U.S.C. § 1983 for malicious prosecution; and it is further

    **ORDERED** that Plaintiff shall be, and hereby is, granted leave to file an amended complaint within **thirty (30) days** of the date of this Order to correct the deficiencies identified in the Court's Opinion of even date.

                                  /s/ Noel L. Hillman

At Camden, New Jersey           NOEL L. HILLMAN, U.S.D.J.